In the Matter of ROBERT WILLIAMS, Appellant, v GEORGE ALEXANDER, as Chair of the Division of Parole, Respondent. [885 NYS2d 234]—Appeal from a judgment of the Supreme Court (Lynch, J.), entered September 2, 2008 in Albany County, which dismissed petitioner's application, in a proceeding pursuant to CPLR article 78, to review a determination of the Board of Parole denying petitioner's request for parole release.

Petitioner commenced this CPLR article 78 proceeding challenging a determination of the Board of Parole rendered in March 2007 which denied his request for parole release and

ordered him held for an additional 24 months. The Attorney General has advised that petitioner reappeared before the Board in December 2008 and, thus, the instant appeal must be dismissed as moot (*see Matter of Lebron v Travis*, 47 AD3d 1142 [2008], *lv denied* 10 NY3d 707 [2008]; *Matter of Kalwasinski v New York State Div. of Parole*, 36 AD3d 1200 [2007], *lv denied* 8 NY3d 811 [2007]).

Cardona, P.J., Mercure, Spain, Kane and Stein, JJ., concur. Ordered that the appeal is dismissed, as moot, without costs.